UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, )<br>       Plaintiff, )<br>       v. )<br>Mary S. Becker, )<br>       Defendant, )<br>=================================== )<br>MS Fortune Investments, )<br>       Garnishee. ) | Case No.  3:11CR30069-001-MJR |

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on April 11, 2012, stating at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant.

On May 8, 2012, the Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee liquidate Defendant's stock and pay the net proceeds to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois  62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**DATED:  June 5, 2012**

                                                        s/ *Michael J. Reagan*
                                                        **MICHAEL J. REAGAN**
                                                        **UNITED STATES DISTRICT JUDGE**